HERMAN FISHEL v. J. G. RAMSDELL, CIRCUIT JUDGE OF
GRAND TRAVERSE COUNTY.

*Consent order—Mandamus.*

*Mandamus* will not lie to' compel a circuit judge to vacate a
consent order, made and entered in a chancery suit.

*Mandamus.* Argued January 31, 1893.     Denied February
1, 1893.

Relator applied for *mandamus* to compel the respondent
to set aside and vacate an order, made in a pending
chancery suit, ordering an election of officers of the
Hebrew Congregation Bethel of Traverse City, to be held
in the synagogue of said congregation.   It appeared from
the return of the respondent that the order complained of
was a consent order.

*Pratt & Davis* (*Cahill & Ostrander*, of counsel), for
relator.

*W. H. Foster*, for respondent.

PER CURIAM.   The writ is denied, the order complained
of being a consent order.